```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    NORTHERN DISTRICT OF CALIFORNIA
------------------------------- x
JEFFREY BOLOTEN,                )
                                ) Case No.: 13-CV-02533
        Plaintiff,              ) (M.J. Donna M. Ryu)
                                )
     -against-                  ) ORDER
                                )
DAVID SHENTON,                  )
                                )
        Defendant.              )
------------------------------- x
```

**GOOD CAUSE APPEARING THEREFOR,**

Upon the Motion by Stipulation filed by the parties on August 14, 2013, the Initial Case Management Conference scheduled for August 28, 2013 at 1:30 p.m. is canceled, and all deadlines imposed by the Court's Order Setting Initial Case Management Conference and ADR Deadlines dated June 5, 2013, as amended by the Order dated August 6, 2013, shall be held in abeyance pending consideration of the parties' application to transfer this action to the United States District Court, Eastern District of New York.

Dated: August 16, 2013

_____

{10880136:1}

| | |
|---|---|
| 1 | Hon. Donna M. Ryu |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

{10880136:1}